■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

GUILLERMO GONZALEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kramer, J.), rendered August 6, 1987, convicting him of criminal sale of a controlled substance in the first degree, criminal possession of a controlled substance in the second degree, and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

While the trial court submitted the crimes of criminal sale of a controlled substance in the first and second degrees to the jury, the defendant contends that his request to charge criminal sale of a controlled substance in the third degree as a lesser included offense should have been granted. However, since the defendant was convicted of criminal sale of a controlled substance in the first degree, any error was harmless *(see, People v Richette,* 33 NY2d 42, 45-46; *cf., People v Green,* 56 NY2d 427, 435-436).

The defendant's other contention is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818), and we decline to review it in the exercise of our interest of justice jurisdiction. Thompson, J. P., Lawrence, Harwood and Balletta, JJ., concur.